**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In the Matter of: | |
| NICOLE R. MCGILL, | Case No. 20:20-bk-09868-DPC |
| (Social Security No. ***-**-0949) | Chapter 7 |
|     Debtor. | Hon. Daniel P. Collins |
| _____/ | |

**ORDER GRANTING REQUEST FOR ADMISSION *PRO HAC VICE***

It appearing to the Court that Rebecca M. Smith., Attorney at Law, stating under penalty of perjury she meets the requirements for admission *pro hac vice,* and is in good standing and eligible to practice in all courts to which admitted;

IT IS THEREFORE ORDERED that the petition of Rebecca M. Smith to appear *pro hac vice* on behalf of the Michigan Unemployment Insurance Agency in the United States Bankruptcy Court for the District of Arizona in the above referenced case be GRANTED.

_____
Hon. Daniel P. Collins