# EXHIBIT A

Collection: Closed
Collection: 166307
Menu    New Manager

batch 30-Oct-2019

Min Pay Due    Notice of Payment Due    1 Missed Payment    2 Missed Payments    Delinquent    Delinquent    Delinquent

**Collection: 166307**

| Field | Value | Field | Value |
|---|---|---|---|
| Balance | : 0.00 | Owner | : |
| Risk | : 65 | Work Date | : |
| District Office | : | Created | : 09-Dec-2013 |
| Closed | : 30-Oct-2019 | | |

Customer: Claimant    Update PK    Expire

⚠ **FRAUD DETERMINED**

Customer : [REDACTED]    NICOLE R MCGILL    43232 W KRAMER LN MARICOPA AZ 85138-8418

**Recent Notes**

- 22-Aug    Claimant is receiving benefits from another state and owes restitution in MI. Please update the claimant's collection and create 8606 request(s). This Work Item MUST BE completed
- 22-Aug    Claimant is receiving benefits from another state and owes restitution in MI. Please update the claimant's collection and create 8606 request(s). This Work Item MUST BE completed

Collection    Related Items    CRM    Financial    Claim    Collection Info    User Access    Other
Overpayment    Minimum Payment    Intercept    Bill Items    Risk    Attributes    History

**Overpayment**

| Claim Id | Mail Serve | Issue | Circumstance | Principal | Penalty | Interest | Advocate | Collected | Balance |
|---|---|---|---|---|---|---|---|---|---|
| C0978193-1 | 29-Oct-2013 | Not Unemployed | Working Full Time | 5,418.00 | 30,960.00 | 2,709.00 | 0.00 | 0.00 | 39,087.00 |
| | | | | 5,418.00 | 30,960.00 | 2,709.00 | 0.00 | 0.00 | 39,087.00 |